IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL SOSEBEE                                                          PLAINTIFF

v.                                          No. 2:15-CV-02204

DEPUTY TROTTER; DEPUTY CROUCH;
TRANSPORTER DEPUTY FELLMAN;
DEPUTY FRAZIER; DEPUTY GREEN;
DEPUTY SMITH; SHERIFF BILL HOLLENBACK;
DEPUTY STAMPS; NURSE CINDY; DEPUTY
BROWN; DEPUTY FULLER; and NURSE
RHONDA                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 29th day of September, 2016.


/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE